| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-16490-AMC

MIA A. MITCHELL
2105 S. 58TH STREET
PHILADELPHIA  PA   19143

Petition Filed Date: 09/22/2017
341 Hearing Date: 11/17/2017
Confirmation Date: 04/25/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $400.00 | 17749257134 | 01/14/2019 | $49.00 | 25606915290 | 02/05/2019 | $449.00 | 208221242383 |
| 03/11/2019 | $449.00 | 25606984498 | 04/10/2019 | $400.00 | 17865504848 | 05/14/2019 | $98.00 | 17865506038 |
| 05/14/2019 | $400.00 | 17865505128 | 06/11/2019 | $449.00 | 17962600852 | 07/10/2019 | $449.00 | 25958781325 |
| 08/19/2019 | $449.00 | 17680563282 | 09/10/2019 | $449.00 | 19022661842 | 10/16/2019 | $449.00 | 19033448099 |
| 11/20/2019 | $449.00 | 19036244144 | 12/31/2019 | $300.00 | 19056616913 | 12/31/2019 | $149.00 | 19056616914 |
| 01/22/2020 | $449.00 | 26191574302 | 03/02/2020 | $449.00 | 25867049117 | 04/10/2020 | $449.00 | 19097630478 |
| 05/11/2020 | $449.00 | 19062154156 | 07/06/2020 | $449.00 | 26442169942 | 07/06/2020 | $449.00 | 26635765667 |

**Total Receipts for the Period: $8,082.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,396.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $9,031.18 | $0.00 | $9,031.18 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 006 | Unsecured Creditors | $138.05 | $0.00 | $138.05 |
| 7 | ASHLEY FUNDING SVCS LLC »» 007 | Unsecured Creditors | $52.48 | $0.00 | $52.48 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $19,197.30 | $0.00 | $19,197.30 |
| 4 | EDUCATIONAL CREDIT MGMT CORP »» 004 | Unsecured Creditors | $6,665.88 | $0.00 | $6,665.88 |
| 5 | FEDERAL LOAN SERVICING »» 005 | Unsecured Creditors | $44,619.17 | $0.00 | $44,619.17 |
| 11 | PHFA-HEMAP »» 011 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD) »» 009 | Secured Creditors | $2,715.19 | $1,310.36 | $1,404.83 |
| 10 | CITY OF PHILADELPHIA (LD) »» 010 | Secured Creditors | $2,321.00 | $1,120.11 | $1,200.89 |
| 8 | TD BANK NA »» 008 | Mortgage Arrears | $15,875.01 | $7,661.37 | $8,213.64 |
| 2 | WELLS FARGO DEALER SERVICES »» 002 | Secured Creditors | $505.61 | $244.02 | $261.59 |
| 12 | BRAD J SADEK ESQ »» 012 | Attorney Fees | $1,890.00 | $1,890.00 | $0.00 |

**Chapter 13 Case No. 17-16490-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,396.00 | Current Monthly Payment: | $449.00 |
| Paid to Claims: | $12,225.86 | Arrearages: | $611.00 |
| Paid to Trustee: | $1,170.14 | Total Plan Base: | $25,681.00 |
| Funds on Hand: | $0.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.